# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S. Courthouse (FTP) Courtroom** 4074  **Date:** 6/16/2025  **Time:** 10:00 a.m.

**Defendant:** Francisco Francisco-Mateo  **J#:** 90375-511  **Case #:** 25-MJ-00058-MAYNARD

**AUSA:** Christopher Hudock  **Attorney:** AFPD- Kafahni Nkrumah

**Violation:** RESISTING, OPPOSING, IMPEDING, OR INTERFERING WITH A FEDERAL OFFICER  **Surr/Arrest Date:** 6/16/2025  **YOB:** 1987

**Proceeding:** Initial Appearance  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No  **Recommended Bond:** Pretrial Detention

**Bond Set at:** Temporary Pretrial Detention  **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs  **Language:** Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Defendant present in court. Defendant advised of rights, charges, maximum penalties, and fines. Defendant sworn and voir dired re: Indigency. The Court finds the Defendant indigent. AFPD appointed. The Government seeks pretrial detention based on serious risk of flight and danger to the community. The Defense requests 5 days. The Court orders temporary pretrial detention. Due Process Protections Act (BRADY) Order entered.

Motions:
- Def Motion to Appoint Counsel
- Gov Motion for PTD Hearing

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report RE Counsel:**

**PTD/Bond Hearing:** Monday, June 23, 2025  10 AM  FTP Duty

**Prelim/Arraign or Removal:**

**Status Conference RE:**

**D.A.R.** 10:11:43  **Time in Court:** 12 Minutes

s/Shaniek Maynard  Magistrate Judge