UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-14035-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

vs.

FRANCISCO FRANCISCO-MATEO,

        Defendant.
_____/

## DISCOVERY INDEX 1

| | |
|---|---|
| ***BWC*** | USA_000001-000002 |
| ***COMMERCIAL VEHICLE ENFORCEMENT*** | USA_000003-000114 |
| ***CRIMINAL HISTORY*** | USA_000115-000112 |
| ***FHP DASH CAM*** | USA_000113-000117 |
| ***MEDICAL DOCUMENTS*** | USA_000118-000133 |
| ***PHOTOS*** | USA_000134-000149 |
| ***REPORTS*** | USA_000150-000156 |