FILED BY____MB____D.C.
Oct 6, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-14035-MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO FRANCISCO-MATEO,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF CONVENTIONAL FILING

COMES NOW Defendant, Francisco Francisco-Mateo, by and through his appointed counsel, Kafahni Nkrumah, and hereby provides notice that the following digital exhibit has been conventionally filed with the Clerk of Court:

Exhibit 1 – Flash Drive containing two (2) body-worn camera videos.

    Respectfully submitted,

    HECTOR DOPICO
    FEDERAL PUBLIC DEFENDER

By:   *s/Kafahni Nkrumah*
    Kafahni Nkrumah
    Assistant Federal Public Defender
    Special Bar ID #A5502967
    109 North Second Street
    Fort Pierce, Florida 34950
    Tel: 772-489-2123
    E-Mail: Kafahni_Nkrumah@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*s/Kafahni Nkrumah*___
       Kafahni Nkrumah