**United States District Court**
**Southern District of Florida**

Case Number: 25-CR-14035-SMM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: FTP

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files  (Scanned) |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files  (Not Scanned) |
|---|
| _X_ • CD, DVD, USB drive. (i.e. Audio/Visual) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 10/2/2025 (mb)

Revised: 2/20/2019



# U.S. v. Francisco-Mateo
# 25-14035-CR-MARTINEZ
# EXHIBIT 1



